IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2013 NOV 20 AM 9: 40
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Matthew David Sharafi
_____
_____
**Name of Plaintiff(s)**

v.

Facebook Corporation
_____
_____
**Name of Defendant(s)**

Case No. 3:13-1289
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   amendment, location.

2. Plaintiff, Matthew David Sharafi resides at
   371 Haywood Ln., Nashville,
   Street address / City
   Davidson, TN, 37211, 615-929-1021,
   County / State / Zip Code / Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, __Facebook Corporate__ resides at __1601 Willow Rd.__, __Menlo Park__,
   Street address                                City
   _____, __CA__, __94025__, __(650) 543-4800__
   County        State    Zip Code   Telephone Number

   (If more than one defendant, provide the same information for each defendant below.)

   _____

   _____

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

   __Usage of Timeline feature on thare site.__

5. Prayers for Relief (List what you want to Court to do):

   a. _____

   b. _____

   c. _____

   d. _____

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this __20__ day of __November__, 20_13_.

_____
(Signature of Plaintiff(s))